UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:95CR20-MU |
|---|---|---|
| v. | ) | |
| | ) | ORDER TO DESTROY OR |
| | ) | DISPOSE OF EVIDENCE |
| JAMES LARRY JOHNSON | ) | |

THIS MATTER is before the Court upon Motion of the United States for destruction or disposal of evidence.

It appears to the Court that this case is closed and that all avenues of appellate review have been exhausted or eliminated by the passage of time. It further appears to the Court that the Carbarrus County Sheriff's Department is in possession of a weapon which was seized at the time of defendant's arrest.

For good cause shown, IT IS, THEREFORE, ORDERED that the Motion of the United States be, and hereby is GRANTED.

IT IS FURTHER ORDERED that the firearm described as a Haskell model JS 45 semi-automatic handgun, serial number 028535, be destroyed or disposed of in accordance with the usual procedures of the Cabarrus County Sheriff's Department.

The Clerk is directed to certify copies of this Order to the Cabarrus County Sheriff's Department, and the United States Attorney.

Signed: April 25, 2007

Graham C. Mullen
United States District Judge