UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.: 3:95-CR-20 |
| | ) | |
| v. | ) | **ORDER TO DISMISS THE PETITION** |
| | ) | |
| JAMES LARRY JOHNSON | ) | |
| | ) | |

Leave of Court is hereby granted for the withdrawal of the Petition for Warrant for

Offender Under Supervision (ECF No. 120) in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S.

Marshals Service, Defense Counsel and the United States Attorney's Office.

This 10th day of November 2021.

Signed: November 15, 2021

Graham C. Mullen
United States District Judge