# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CRIMINAL ACTION NO. 3:95-CR-00020-GCM

| UNITED STATES OF AMERICA | |
|---|---|
| v. | **ORDER** |
| JAMES LARRY JOHNSON, | |
| Defendant. | |

**THIS MATTER** comes before the Court on Defendant James Larry Johnson's pro se Motion for Early Termination of Supervised Release (ECF No. 133). Johnson urges the Court to terminate his supervised release approximately two years short of the five-year sentence, pointing to his earnest efforts not to violate the law and to various medical conditions and infirmities.

The United States Probation Office advises the Court that Johnson has been polite and cooperative and his conduct under supervision has been mostly satisfactory, although not exemplary. Notably, Johnson tested positive for marijuana use in April 2021. However, all other urinalysis tests have been negative. Accordingly, the Court will deny the motion at this time. The Court nevertheless applauds Mr. Johnson's efforts and encourages him to continue his trend of progress while on supervised release. Mr. Johnson may file another motion after April 2022.

**IT IS THEREFORE ORDERED** that the Motion for Early Termination of Supervised Release (ECF No. 133) is **DENIED WITHOUT PREJUDICE**.

Signed: January 12, 2022

Graham C. Mullen
United States District Judge