# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CRIMINAL ACTION NO. 3:95-CR-00020-GCM

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **ORDER** |
| JAMES LARRY JOHNSON, | |
| Defendant. | |

**THIS MATTER** comes before the Court on Defendant James Larry Johnson's second pro se Motion for Early Termination of Supervised Release (ECF No. 136). Johnson filed a motion for early termination in January of this year, which was denied without prejudice.[1] *See* ECF No. 134. In his renewed motion, Johnson states two reasons for early termination: First, he has "made every effort to not violate [supervised release] nor commit any crime." ECF No. 136 at 2. Second, Johnson cites "multiple medical conditions" that make supervision particularly onerous. *Id.*

The United States Probation Office supports the motion for early termination. Johnson's probation officer in the Middle District of North Carolina explains that Johnson has been polite and cooperative, and that—aside from a single positive test for marijuana in April 2021—his conduct under supervision has been satisfactory.

The Court agrees, and will grant the motion. Mr. Johnson is to be congratulated for his efforts. The undersigned judge wishes Mr. Johnson all the best, and earnestly hopes that neither he nor any other judge sees Mr. Johnson in court ever again under unhappy circumstances.

**IT IS THEREFORE ORDERED** that the Motion for Early Termination (ECF No. 136) is **GRANTED**.

---

[1] The Court invited Johnson to file another motion after April 2022. ECF No. 134 at 1.

**SO ORDERED**.

Signed: June 8, 2022

Graham C. Mullen
United States District Judge